October 25, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF J.E.M.M. & L.A.M.M., CHILDREN

NO. 14-17-00355-CV

_____

This cause, an appeal from a judgment terminating parental rights signed April 13, 2017, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We find the trial court erred in terminating M.L.M.-F.'s parental rights to J.E.M.M. and L.A.M.M. We therefore order that the portions of the judgment terminating M.L.M.-F.'s parental rights to J.E.M.M. and L.A.M.M. are **REVERSED** and we **RENDER** judgment denying the Department of Family and Protective Services request to terminate M.L.M.-F.'s parental rights to J.E.M.M. and L.A.M.M.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED.**

We further order this decision certified below for observance.

We further order that mandate be issued immediately.